# EXHIBIT B

# FINKELSTEIN & FEINBERG, P.C.
### DOING BUSINESS AS
## THE FINKELSTEIN GROUP, P.C.
www.fglawfirm.com

4600 N. Park Avenue
Suite 101
Chevy Chase, Maryland 20815
Ph: (301) 951-8400
Fx: (301) 951-8401

Nathan I. Finkelstein (MD, DC, GA)
Matthew E. Feinberg (MD, DC, MA)

Direct E-Mail: Matt@fglawfirm.com

November 17, 2015

Mr. Harry Hill
14205 Williamson Ave
Laurel MD 20707

Re:     *Hill v. B. Frank Joy, LLC*
Case:   8:15-cv-1120; 8:15-cv-1123; Intended Withdrawal of Appearance

*By First-Class Mailing and Electronic Mailing*

Dear Mr. Hill:

On November 16, 2015, I e-mailed you regarding my firm's intention to withdraw as your counsel in both of the above-referenced cases, i.e., *Harry Hill, on behalf of himself and all others similarly situated v. B. Frank Joy, LLC*, Case No. 8:15-cv-1120, and *Harry Hill v. B. Frank Joy, LLC*, Case No. 8:15-cv-1123. In an email response that evening, you acknowledged that the attorney-client relationship was untenable.

Pursuant to those communications, my firm intends to file a Motion for Leave to Withdraw as Counsel no earlier than November 25, 2015, in accordance with Rule 101(2) of the Local Rules of the United States District Court for the District of Maryland.

Please note that you must retain new counsel forthwith or notify the Clerk of the United States District Court that you intend to proceed without counsel. Given that the above-referenced matters involve complicated questions of federal and class action law, my firm strongly advises you to seek out and retain an experienced labor and employment attorney to advocate on your behalf and represent you in the pending litigation.

Pursuant to your request, please find enclosed a copy of your entire client file. Should you have any questions, please contact me at your convenience.

Very truly yours,

Matthew E. Feinberg

/Enclosures