# EXHIBIT C

## Matt Feinberg

**From:** Harry Hill [harryjr4340@outlook.com]
**Sent:** Wednesday, November 18, 2015 10:39 AM
**To:** Matt Feinberg
**Cc:** Nat Finkelstein; Rahaba Gunda
**Subject:** Re: Cancel Settlement Conference

Matt, thanks for the attached copy of your Intended Withdrawal of Appearance. Regarding paragraph 3 of the withdrawal of appearance; per your recommendation I intend to retain new counsel as soon as possible. In the mean time I would request that you prepare a letter to the Clerk of the United States District Court informing them of my intent to retain new counsel.
Thanks,
Harry